UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(b):

**C03-05799 SBA Paul Raymond Stremple v. Joel M. Arnold, et al**
**C03-05642 JF Baker, et al v. Arnold, et al**

## ORDER

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

[x] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **JF** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**DATED: 1/7/04**                                          (s/electronic signature authorized) Hon. Jeremy Fogel
                                                                                **UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:**                                                                                  **By:** _____
                                                                                                       Deputy Clerk

Copies to: Courtroom Deputies
         Case Systems Administrators
         Counsel of Record
Entered into Assignment Program: _____
                                                       (date)

mrg\civil\relcsord.mrg (9/97)