Stuart M. Grant
Lauren E. Wagner
Marlon Q. Paz (State Bar No. 204729)
Catherine Pratsinakis
**GRANT & EISENHOFER, P.A.**
1201 North Market Street - Suite 2100
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile:  (302) 622-7100

Attorneys for Proposed Lead Plaintiff
The Connecticut Retirement Plans and Trust Funds

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT W. BAKER, JR., individually and on Behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOEL M. ARNOLD,<br>THOMAS L. CRONAN, III,<br>KEVIN A. DeNUCCIO,<br>PIERRE R. LAMOND,<br>VINOD KHOSLA,<br>VIVEK RAGAVAN and<br>DENNIS P. WOLF,<br><br>　　　　　　　Defendants. | Case No. C-03-05462 JF<br><br>**JURY TRIAL DEMANDED**<br><br>**NOTICE OF MOTION AND MOTION TO APPOINT THE CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS AS LEAD PLAINTIFF**<br><br>Date:  April 12, 2004<br>Time:  9:00 AM<br>Judge: Honorable Jeremy Fogel |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE that on April 12, 2004, or as soon thereafter as the matter may be heard, before The Honorable Jeremy Fogel, United States District Judge, 280 South 1st Street, San Jose, CA 95113, Courtroom 3, 5th Floor, The Connecticut Retirement Plans and Trust Funds (the "Connecticut Retirement Plan") will, and hereby does, move this Court for an Order appointing the Connecticut Retirement Plan as Lead Plaintiff.

| | |
|---|---|
| 1 | This motion is brought pursuant to §21D of the Securities Exchange Act of 1934 on the grounds that the Connecticut Retirement Plan has timely filed this Motion and that it is the "most adequate plaintiff." Moreover, the Connecticut Retirement Plan meets the requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of this motion in that its claims are typical of the other class members' claims and the Connecticut Retirement Plan will fairly and adequately represent the class. |

Additional support for this Notice of Motion and Motion is provided in Connecticut Retirement Plan's Memorandum of Law, the Declaration of Catherine E. LaMarr, Esq. in support of this Motion, pleadings and other files herein, and such other written and oral argument as may be permitted by the Court.

Dated: February 20, 2004

Respectfully submitted,

**GRANT & EISENHOFER, P.A.**

By: _/s/ Marlon Q. Paz_
Marlon Q. Paz (State Bar No. 204729)

Stuart M. Grant
Lauren E. Wagner
Catherine Pratsinakis
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile:  (302) 622-7100

Attorneys for the Connecticut Retirement Plan

Of Counsel:

Catherine E. LaMarr
General Counsel
Office of the Treasurer
State of Connecticut
55 Elm Street
Hartford, Connecticut 06106

Richard Blumenthal
Attorney General of Connecticut
Joseph Rubin
Associate Attorney General of Connecticut
55 Elm Street
Hartford, Connecticut 06106

NOTICE OF MOTION AND MOTION FOR THE APPOINTMENT OF LEAD PLAINTIFF
CASE NO. C-03-05462 JF

2

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Notice of Motion and Motion to Appoint The Connecticut Retirement Plans and Trust Funds as Lead Plaintiff were served upon the following counsel of record as indicated below **by first class mail** on February 20, 2004:

Robert A. Jigarjian
Robert S. Green
Green & Jigarjian LLP
235 Pine Street
15th Floor
San Francisco, CA 94104

Charles H. Dufresne
Mark C. Gardy
Abbey Gardy, LLP
212 East 39th Street
New York, NY 10016

Kristin Anne Dillehay
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

_____
Marlon Q. Paz