Stuart M. Grant (*pro hac vice*)
John C. Kairis (*pro hac vice*)
Lauren E. Wagner (*pro hac vice*)
Kimberly L. Wierzel (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE  19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

Merrill Glen Emerick (State Bar No. 117248)
Anderlini, Finkelstein, Emerick & Smoot
400 S. El Camino Real - Suite 700
San Mateo, CA  94402

Attorneys for Lead Plaintiff
The Connecticut Retirement Plan and Trust Funds

\*\*E-filed 6/8/05\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| IN RE: | CASE NO.: C 03-05642 JF |
| REDBACK NETWORKS, INC. SECURITIES LITIGATION | **STIPULATION AND SCHEDULING ORDER** |
| This Document Relates to: | Date:  N/A |
| ALL ACTIONS | Time:  N/A |
| | Court:  Hon. Jeremy Fogel |

Stipulation and [Proposed] Scheduling Order
Case No. C 03-05642 JF

# STIPULATION

WHEREAS, on January 21, 2005, the Court entered an Order dismissing the consolidated complaint and granting plaintiff leave to amend with respect to certain defendants;

WHEREAS, Lead Plaintiff filed a First Amended Consolidated Class Action Complaint, dated and filed on May 27, 2005 (the "Complaint");

WHEREAS, the parties have met and conferred regarding the briefing schedule for the Defendants' response to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the schedule for Defendants' responses to the Complaint shall be as follows:

| | |
|---|---|
| Defendants' Motions Due: | Friday, June 10, 2005 |
| Plaintiff's Opposition Due: | Friday, July 15, 2005 |
| Defendants' Replies Due: | Friday, August 5, 2005 |
| Hearing on Defendants' Motion(s): | Friday, August 12, 2005 at 9:00 a.m. |

Dated: June 6, 2005

/s/    Stuart M. Grant
Stuart M. Grant (*pro hac vice*)
John C. Kairis (*pro hac vice*)
Lauren E. Wagner (*pro hac vice*)
Kimberly L. Wierzel (*pro hac vice*)
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 Market Street
Wilmington, DE 19801
(302) 622-7000

Lead Counsel for Lead Plaintiff
The Connecticut Retirement Plans and Trust Funds

Merrill Glen Emerick (State Bar No. 117248)
Anderlini, Finkelstein, Emerick & Smoot
400 S. El Camino Real - Suite 700
San Mateo, CA  94402

Liaison Counsel for Lead Plaintiff
The Connecticut Retirement Plans and Trust Funds

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 6, 2005 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation |

By:   /s/  John P. Stigi III
     Terry T. Johnson
     John P. Stigi III
     Kristin A. Dillehay
     Cameron P. Hoffman
     650 Page Mill Road
     Palo Alto, CA 94304-1050
     Telephone: (650) 493-9300
     Facsimile: (650) 565-5100

Attorneys for Defendants
Thomas L. Cronan III, Kevin A. DeNuccio, Pierre R. Lamond, Vinod Khosla, Vivek Ragavan, Dennis P. Wolf, Dennis Barsema, Guarav Garg, Craig Genter, Promod Haque, and William Kurtz (the "Redback Defendants")

Dated: June 6, 2005          CRAVATH, SWAINE & MOOR LLP

By:   /s/  LaShann M. Dearcy
     Rowan D. Wilson (State Bar #118488)
     Thomas G. Rafferty (pro hac vice)
     Lashann M. Dearcy (*pro hac vice*)
     Worldwide Plaza
     825 Eighth Avenue
     New York, NY 10019
     Telephone: (212) 474-1000
     Facsimile: (212) 474-3700

Attorneys for Defendant
PriceWaterhouse Coopers LLP

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED

Dated: 6/8/05          Jeremy Fogel /s/electronic signature authorized
                                   United States District Court Judge

## ATTESTATION OF FILER CONCERNING SIGNATURE

I, Lauren E. Wagner, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Scheduling Order. In compliance with General Order 45.X.B and as the filer of this document, I hereby attest that concurrence in the filing of this document has been obtained from each of the counsel/signatories listed above.

Date: June 6, 2005                     GRANT & EISENHOFER P.A.

                                       By:  /s/ Lauren E. Wagner
                                            Lauren E. Wagner

                                       Attorneys for the Lead Plaintiff
                                       The Connecticut Retirement Plans and
                                       Trust Funds

# CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the following counsel of record by electronic case filing on June 6, 2005:

Robert S. Green
Robert A. Jigarjian
Green & Jigarjian LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104

Mark C. Gardy
Charles H. Dufresne
David Garden
Abbey Gardy, LLP
212 East 39th Street
New York, NY 10016

Patrick J. Coughlin
Luke O. Brooks
Lerach Coughlin Stoia Geller
  Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Lionel Z. Glancy
Michael M. Goldberg
Glancy & Binkow LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Thomas G. Rafferty
Rowan D. Wilson
LaShann M. DeArcy
Cravath Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019

Marc L. Godino
Braun Law Group, P.C.
12400 Bilwshire Blvd., Suite 920
Los Angeles, CA 90025

David A. Zisser
Isaacson, Rosenbaum,
  Woods & Levy, P.C.
633 17th Street, Suite 2200
Denver, CO 80202

John M. Richilano
Richilano & Ridley, P.C.
18900 15th Street, Suite 101
Denver, CO 80202

Christopher Cooke
Cooke Kobrick & Wu LLP
19925 Stevens Creek Boulevard
Cupertino, CA 95014

Robert E. Camors, Jr., Esquire
Edward Gartenberg, Esquire
Thelen Reid & Priest LLP
225 West Santa Clara Street – Ste. 1200
San Jose, CA 95113-1723

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Terry T. Johnson
John P. Stigi III
Laura R. Smith
Cameron P. Hoffman
Wilson, Sonsini, Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304

Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman
  & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Wolf Haldenstein Adler
  Freeman & Herz LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101

Frederick S. Fields, Esquire
Susan K. Jamison, Esquire
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building
Suite 200
San Francisco, CA 94111-4213

1  Kevin Yourman, Esquire
   Weiss & Yourman
2  10940 Wilshire Boulevard
   24th Floor
3  Los Angeles, CA 90024

4

5                                              /s/  Lauren E. Wagner

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Scheduling Order
Case No. C 03-05642 JF                         -6-