Stuart M. Grant (*pro hac vice*)
John C. Kairis (*pro hac vice*)
Lauren E. Wagner (*pro hac vice*)
Kimberly L. Wierzel (*pro hac vice*)
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302.622.7000
Fax: 302.622.7100
sgrant@gelaw.com

**E-filed 7/19/05**

Merrill Glen Emerick (State Bar No. 117248)
Anderlini, Finkelstein, Emerick & Smoot
400 S. El Camino Real - Suite 700
San Mateo, CA  94402

Attorneys for Lead Plaintiff
The Connecticut Retirement Plans and Trust Funds

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE REDBACK NETWORKS, INC, SECURITIES LITIGATION<br><br>This Document Relates to:  All Actions | **Case Number C 03-05642 JF**<br><br>**STIPULATION AND ORDER REGARDING PAGE LIMITS AND ESTABLISHING BRIEFING SCHEDULE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT**<br><br>Date:     N/A<br>Time:    N/A<br>Place:    N/A<br>Judge:   **Hon. Jeremy Fogel** |

WHEREAS, on June 8, 2005 the Court entered an Order pursuant to which Defendants' motions to dismiss the First Amended Consolidated Complaint in this action were filed on June 10, 2005, and Plaintiffs' opposition to the motions is due to be filed on July 15, 2005 and defendants' reply memoranda in further support of their motions to dismiss are due to be filed on August 5, 2005;

WHEREAS, Civil Local Rule 7-3 provides for a twenty-five (25) page limit for any opposition to a motion and supporting memorandum;

WHEREAS, in order to promote the interests of judicial efficiency, Plaintiffs intend to file one Omnibus Brief In Opposition To Defendants' Motions To Dismiss The First Amended Consolidated Complaint ("Omnibus Brief");

WHEREAS given the complexity of the Defendants' combined 80-page motions to dismiss, as well their references to previously filed memoranda in this case, Plaintiffs believe it is appropriate to request that the Court permit them to file a brief in excess of the twenty-five page limit provided by the Local Rules, and to permit Plaintiffs to present their points and authorities in one Omnibus Brief;

WHEREAS, Plaintiffs believe that they will need no more than a total of one-hundred (100) pages for their Omnibus Brief;

WHEREAS, Plaintiffs request approximately one (1) additional business day to file their Omnibus Brief, which extends Plaintiffs' deadline to file their opposition to defendants' motions to dismiss to Tuesday, July 19, 2005, no later than 9:00 a.m. (Pacific Day-Light Savings Time);

WHEREAS Defendants consent to Plaintiffs' proposed page limits and request for additional time to file the Omnibus Brief;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court that:

1. Plaintiffs may file an Omnibus Brief in opposition to Defendants motion to dismiss on July 19, 2005, no later than 9:00 a.m. (Pacific Day-Light Savings Time);.

2. Plaintiffs' Omnibus Brief may exceed the twenty-five (25) page limit imposed by Civil Local Rule 7-3, but may not exceed a total of one hundred (100) pages, exclusive of the caption page, table of contents, table of authorities, declarations and exhibits.

STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE
FOR DEFENDANTS' RESPONSES TO THE CONSOLIDATED COMPLAINT
Case Number C03-05642JF

2

| | |
|---|---|
| Dated:  July 15, 2005 | /s/ Lauren E. Wagner |
| | Stuart M. Grant (*pro hac vice*) |
| | John C. Kairis (*pro hac vice*) |
| | Lauren E. Wagner (*pro hac vice*) |
| | Kimberly L. Wierzel (*pro hac vice*) |
| | GRANT & EISENHOFER P.A. |
| | Chase Manhattan Centre |
| | 1201 North Market Street |
| | Wilmington, DE  19801 |
| | Telephone:  (302) 622-7000 |
| | Facsimile:  (302) 622-7100 |
| | |
| | Merrill Glen Emerick (State Bar No. 117248) |
| | Anderlini, Finkelstein, Emerick & Smoot |
| | 400 S. El Camino Real – Suite 700 |
| | San Mateo, CA  94402 |
| | |
| | Attorneys for Lead Plaintiff |
| | The Connecticut Retirement Plan and Trust Funds |
| | |
| | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| | |
| Dated:  July 15, 2005 | By: /s/ John P. Stigi III |
| | Terry T. Johnson |
| | John P. Stigi III |
| | Kristin A. Dillehay |
| | Laura R. Smith |
| | Cameron P. Hoffman |
| | 650 Page Mill Road |
| | Palo Alto, CA  94304-1050 |
| | Telephone:  (650) 493-9300 |
| | Facsimile:  (650) 493-6811 |
| | |
| | Attorneys for the Redback Defendants |

STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE
FOR DEFENDANTS' RESPONSES TO THE CONSOLIDATED COMPLAINT
Case Number C03-05642JF

3

| | |
|---|---|
| Dated: July 15, 2005 | CRAVATH, SWAINE & MOORE LLP |
| | By: /s/ LaShann M. DeArcy |
| | Rowan D. Wilson (State Bar No. 118488) |
| | LaShann M. DeArcy |
| | Worldwide Plaza, 825 Eighth Avenue |
| | New York, NY  10019 |
| | Telephone:  (212) 474-1000 |
| | Facsimile:  (212) 474-3700 |
| | |
| | Attorneys for Defendant |
| | PricewaterhouseCoopers LLP |

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: 7/19/05                              Jeremy Fogel /s/electronic signature authorized
                                                          United States District Court Judge

STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE
FOR DEFENDANTS' RESPONSES TO THE CONSOLIDATED COMPLAINT                              **4**
Case Number C03-05642JF

Attestation Of Filer Concerning Signature

1
2  I, Lauren E. Wagner, am the ECF user whose identification and password are being used to file this Stipulation And [Proposed] Order Stipulation And [Proposed] Order Regarding Page Limits And Establishing Briefing Schedule For Plaintiffs' Opposition To Defendants' Motion To Dismiss The First Amended Consolidated Complaint.  In compliance with General Order 45.X.B and as the filer of this document, I hereby attest that concurrence in the filing of this document has been obtained from each of the counsel/signatories listed above.

Dated:  July 15, 2005                              GRANT & EISENHOFER P.A.

                                                   By:    /s/ Lauren E. Wagner
                                                          Lauren E. Wagner (*pro hac vice*)

Attorneys for Lead Plaintiff
The Connecticut Retirement Plan and Trust Funds

STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE
FOR DEFENDANTS' RESPONSES TO THE CONSOLIDATED COMPLAINT
Case Number C03-05642JF

5

**CERTIFICATE OF SERVICE**

I hereby certify the foregoing was served upon the following counsel of record by electronic case filing on July 15, 2005:

| | |
|---|---|
| Robert A. Jigarjian<br>Robert S. Green<br>Green & Jigarjian LLP<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104 | Marc L. Godino<br>Braun Law Group, P.C.<br>12400 Wilshire Blvd., Suite 920<br>Los Angeles, CA 90025 |
| Mark C. Gardy<br>Charles H. Dufresne<br>Abbey Gardy, LLP<br>212 East 39th Street<br>New York, NY 10016 | Terry T. Johnson<br>John P. Stigi III<br>Kristin Anne Dillehay<br>Laura R. Smith<br>Wilson, Sonsini, Goodrich & Rosati<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304 |
| Luke O. Brooks<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 | Darren J. Robbins<br>Lerach Coughlin Stoia Geller Rudman<br> & Robbins LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101 |
| Lionel Z. Glancy<br>Michael M. Goldberg<br>Glancy & Binkow LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 | Betsy C. Manifold<br>Rachele R. Rickert<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>Symphony Towers<br>750 B Street, Suite 2770<br>San Diego, CA 92101 |
| Thomas G. Rafferty<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza, 825 Eighth Avenue<br>New York, NY 10019 | |
| John M. Richilano<br>Richilano & Ridley, P.C.<br>1800 – 15th Street, Suite 101<br>Denver, CO 80202-1185 | David A. Zisser<br>Isaacson, Rosenbaum, Woods & Levy, P.C.<br>633 17th Street, Suite 2200<br>Denver, CO 80202 |

By:    /s/ Lauren E. Wagner
        Lauren E. Wagner