TERRY T. JOHNSON, State Bar No. 121569
STEVEN D. GUGGENHEIM, State Bar No. 201386
KRISTIN A. DILLEHAY, State Bar No. 187257
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: kdillehay@wsgr.com

**E-filed 6/5/06**

Attorneys for the Redback Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: <br><br> REDBACK NETWORKS, INC. SECURITIES LITIGATION. <br><br> This Document Relates to: <br><br>     ALL ACTIONS. | CASE NO.: C-03-5642 JF (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE** |

STIP. & [PROPOSED] ORDER RE BRIEFING
SCHEDULE & CMC; CASE NO. C-03-5642 JF
(HRL)

C:\NrPortbl\PALIB1\MSTI\2881015_2.DOC

**STIPULATION**

WHEREAS, on March 20, 2006, the Court entered an Order dismissing plaintiff's third amended consolidated complaint and granting plaintiff leave to amend (the "Order");

WHEREAS, pursuant to the Order, plaintiff's fourth amended consolidated complaint was filed on May 19, 2006;

WHEREAS, a Case Management Conference has been scheduled for July 21, 2006 at 10:30 a.m.;

WHEREAS, the parties have met and conferred regarding the scheduling of the defendants' responses to the fourth amended consolidated complaint; and

WHEREAS, the parties have agreed to reschedule the Case Management Conference to coincide with the hearing on defendants' motions to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

1. Defendants shall have until and including July 7, 2006 to serve and file any motions to dismiss plaintiff's fourth amended consolidated complaint.

2. Plaintiff shall have until and including August 4, 2006 to serve and file any oppositions to defendants' motions to dismiss.

3. Defendants shall have until and including August 25, 2006 to serve and file any replies in support of their motions to dismiss.

4. Defendants' motions to dismiss shall be heard on September 15, 2006 at 9:00 a.m., or such other date and time as the Court deems appropriate.

5. The Case Management Conference shall be continued to coincide with the hearing on defendants' motions to dismiss.

| | |
|---|---|
| 1   Dated: June 1, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: /s/ Kristin A. Dillehay
    Terry T. Johnson
    Steven D. Guggenheim
    Kristin A. Dillehay
    Cameron P. Hoffman
    Mark T. Oakes

Attorneys for the Redback Defendants

Dated: June 1, 2006       GRANT & EISENHOFER P.A.

By: /s/ Lauren E. Wagner
    Stuart M. Grant
    John C. Kairis
    Lauren E. Wagner
    Kimberly L. Wierzel

Attorneys for Lead Plaintiff

Dated: June 1, 2006       CRAVATH, SWAINE & MOORE LLP

By: /s/ Thomas G. Rafferty
    Rowan D. Wilson
    Thomas G. Rafferty

Attorneys for Defendant PricewaterhouseCoopers LLP

1  **[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing:

1. Defendants' shall have until and including July 7, 2006 to serve and file any motions to dismiss plaintiff's fourth amended consolidated complaint.

2. Plaintiff shall have until and including August 4, 2006 to serve and file any oppositions to defendants' motions to dismiss.

3. Defendants shall have until and including August 25, 2006 to serve and file any replies in support of their motions to dismiss.

4. Defendants' motions to dismiss shall be heard on September 15, 2006 at 9:00 a.m.

5. The Case Management Conference is rescheduled to coincide with the hearing on defendants' motions to dismiss.

IT IS SO ORDERED.

Dated: ____6/2/06_____

_____
THE HONORABLE JEREMY FOGEL
United States District Judge

1  I, Kristin A. Dillehay, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule and Case Management Conference.  In compliance with General Order 45.X.B, I hereby attest that Lauren E. Wagner and Thomas G. Rafferty have concurred in this filing.

Dated:   June 1, 2006              WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation


                                   By: /s/ Kristin A. Dillehay
                                        Kristin A. Dillehay

                                   Attorneys for the Redback Defendants