**E-filed 7/7/06**

TERRY T. JOHNSON, State Bar No. 121569
STEVEN D. GUGGENHEIM, State Bar No. 201386
KRISTIN A. DILLEHAY, State Bar No. 187257
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for the Redback Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>REDBACK NETWORKS, INC. SECURITIES LITIGATION.<br><br>This Document Relates to:<br><br>   ALL ACTIONS. | CASE NO.: C-03-5642 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS** |

## STIPULATION

WHEREAS, on March 20, 2006, the Court entered an Order dismissing plaintiffs' third amended consolidated complaint and granting plaintiffs leave to amend (the "Order");

WHEREAS, pursuant to the Order, plaintiffs' Fourth Amended Consolidated Complaint for Violation of the Federal Securities Laws (the "Complaint") was filed on May 19, 2006;

WHEREAS, on June 5, 2006 the Court entered an Order pursuant to which defendants' motions to dismiss the Complaint are due to be filed on July 7, 2006, plaintiffs' oppositions to any motions to dismiss the Complaint are due to be filed on August 4, 2006, and defendants' replies in further support of their motions to dismiss the Complaint are due to be filed on August 25, 2006;

WHEREAS, the parties have agreed to amend the briefing schedule, without altering the hearing date;

WHEREAS, Civil Local Rule 7-2(b) provides for a twenty-five (25) page limit on any motion and supporting memorandum of points and authorities filed in this action;

WHEREAS, Civil Local Rule 7-3(a) provides for a twenty-five (25) page limit on any opposition to any motion filed in this action;

WHEREAS, Civil Local Rule 7-3(c) provides for a fifteen (15) page limit on any reply memorandum of points and authorities in further support of any motion filed in this action;

WHEREAS, in order to promote the interests of judicial efficiency, defendants Kevin DeNuccio, Pierre Lamond, Thomas Cronan, Vinod Khosla, Dennis Wolf, Vivek Ragavan, Dennis Barsema, Gaurav Garg, William Kurtz, Craig Gentner, Promod Haque and Randall Kruep (collectively, the "Redback Defendants") intend to file a joint motion to dismiss the Complaint;

WHEREAS, given the complexity of the Complaint, as well as the complexity of the law governing the allegations in the Complaint, and given that each of the Redback Defendants would be entitled to file a separate, twenty-five (25) page motion to dismiss and supporting memorandum of points and authorities, and a separate fifteen (15) page reply memorandum of points and authorities pursuant to the Local Rules, the Redback Defendants believe it is

1  appropriate to permit them to file a joint motion and supporting memoranda of points and
2  authorities in excess of the twenty-five (25) and fifteen (15) page limits provided by the Local
3  Rules;
4      WHEREAS, the Redback Defendants believe that they will need no more than thirty-five
5  (35) pages for their memorandum of points and authorities in support of their joint motion to
6  dismiss, and no more than a twenty (20) pages for their reply memorandum of points and
7  authorities in further support of their motion to dismiss; and
8      WHEREAS, plaintiffs are not opposed to the page limits proposed by the Redback
9  Defendants.
10      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
11  subject to approval of the Court, that:
12      1.    The Redback Defendants shall have until and including July 10, 2006 to serve and
13  file any motions to dismiss the Complaint.
14      2.    Plaintiffs shall have until and including August 7, 2006 to serve and file any
15  oppositions to defendants' motions to dismiss.
16      3.    Defendants shall have until and including August 25, 2006 to serve and file any
17  replies in support of their motions to dismiss.
18      4.    The case management conference and the hearing on defendants' motion to
19  dismiss shall remain set for September 15, 2006 at 9:00 a.m.
20      5.    The Redback Defendants' memorandum of points and authorities in support of
21  their joint motion to dismiss the Complaint may exceed the twenty-five (25) page limit imposed
22  by Civil Local Rule 7-2(b), but may not exceed a total of thirty-five (35) pages, exclusive of the
23  caption page, table of contents, table of authorities, declarations and exhibits.
24      6.    Plaintiffs' opposition to the Redback Defendants' joint motion to dismiss the
25  Complaint may exceed the twenty-five page limit imposed by Civil Local Rule 7-3(a), but may
26  not exceed a total of thirty-five (35) pages, exclusive of caption page, table of contents, table of
27  authorities, declarations and exhibits.  Plaintiffs may separately file an opposition to any motion
28  to dismiss filed by any other defendant (such as PricewaterhouseCoopers LLP) and those page

limits will not count toward the 35 page limit discussed herein; alternatively, Plaintiffs may file one omnibus brief in opposition to all motions to dismiss, and such opposition shall be no more than the combined total of the pages (exclusive of caption page, tables of contents and authorities, declarations and exhibits) of the defendants' motions to dismiss.

      7. The Redback Defendants' reply memorandum of points and authorities in further support of their joint motion to dismiss the operative complaint may exceed the fifteen (15) page limit imposed by Civil Local Rule 7-3(c), but may not exceed a total of twenty (20) pages, exclusive of the caption page, table of contents, table of authorities, declarations and exhibits.

Dated:  July 6, 2006                      WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation

                                                    By: /s/ Mark T. Oakes
                                                           Terry T. Johnson
                                                           Steven D. Guggenheim
                                                           Kristin A. Dillehay
                                                           Cameron P. Hoffman
                                                          Mark T. Oakes

                                                Attorneys for the Redback Defendants

Dated:  July 6, 2006                      GRANT & EISENHOFER P.A.

                                                By: /s/ John C. Kairis
                                                           Stuart M. Grant
                                                           John C. Kairis
                                                           Kimberly L. Wierzel

                                                Attorneys for Lead Plaintiff

1  **[PROPOSED] ORDER**

2  Upon stipulation of the parties, and good cause appearing:

3  1. The Redback Defendants shall have until and including July 10, 2006 to serve and
4  file any motions to dismiss the Complaint.

5  2. Plaintiffs shall have until and including August 7, 2006 to serve and file any
6  oppositions to defendants' motions to dismiss.

7  3. Defendants shall have until and including August 25, 2006 to serve and file any
8  replies in support of their motions to dismiss.

9  4. The case management conference and the hearing on defendants' motions to
10  dismiss shall remain set for September 15, 2006 at 9:00 a.m.

11  5. The Redback Defendants' memorandum of points and authorities in support of
12  their joint motion to dismiss the Complaint may exceed the twenty-five (25) page limit imposed
13  by Civil Local Rule 7-2(b), but may not exceed a total of thirty-five (35) pages, exclusive of the
14  caption page, table of contents, table of authorities, declarations and exhibits.

15  6. Plaintiffs' opposition to the Redback Defendants' joint motion to dismiss the
16  Complaint may exceed the twenty-five page limit imposed by Civil Local Rule 7-3(a), but may
17  not exceed a total of thirty-five (35) pages, exclusive of caption page, table of contents, table of
18  authorities, declarations and exhibits. Plaintiffs may separately file an opposition to any motion
19  to dismiss filed by any other defendant (such as PricewaterhouseCoopers LLP) and those page
20  limits will not count toward the 35 page limit discussed herein.

21  7. The Redback Defendants' reply memorandum of points and authorities in further
22  support of their joint motion to dismiss the operative complaint may exceed the fifteen (15) page
23  limit imposed by Civil Local Rule 7-3(c), but may not exceed a total of twenty (20) pages,
24  exclusive of the caption page, table of contents, table of authorities, declarations and exhibits.

25  IT IS SO ORDERED.

26  Dated: _____7/7/06_____     _____

27  THE HONORABLE JEREMY FOGEL
   United States District Judge

28

1   I, Mark T. Oakes, am the ECF User whose identification and password are being used to
2 file this Stipulation and [Proposed] Order Regarding Page Limits.  In compliance with General
3 Order 45.X.B, I hereby attest that John Kairis has concurred in this filing.

4 Dated:  July 6, 2006                          WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation

6                                               By: /s/ Mark T. Oakes
                                                    Mark T. Oakes

                                                Attorneys for the Redback Defendants