\*\*E-filed 8/31/06\*\*

TERRY T. JOHNSON, State Bar No. 121569
STEVEN D. GUGGENHEIM, State Bar No. 201386
KRISTIN A. DILLEHAY, State Bar No. 187257
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for the Redback Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: C-03-5642 JF (HRL) |
| REDBACK NETWORKS, INC. SECURITIES LITIGATION. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
| This Document Relates to: | |
| ALL ACTIONS. | |

STIP. & [PROPOSED] ORDER RE BRIEFING
SCHEDULE; CASE NO. C-03-5642 JF (HRL)

C:\NrPortbl\PALIB1\MO2\2940192_1.DOC

**STIPULATION**

WHEREAS, on March 20, 2006, the Court entered an Order dismissing plaintiffs' third amended consolidated complaint and granting plaintiffs leave to amend (the "Order");

WHEREAS, pursuant to the Order, plaintiffs' Fourth Amended Consolidated Complaint for Violation of the Federal Securities Laws (the "Complaint") was filed on May 19, 2006;

WHEREAS, on July 7, 2006 the Court entered an Order pursuant to which defendants' motions to dismiss the Complaint were due to be filed on July 10, 2006, plaintiffs' oppositions to any motions to dismiss the Complaint were due to be filed on August 7, 2006, and defendants' replies in further support of their motions to dismiss the Complaint are due to be filed on August 25, 2006;

WHEREAS, Kevin DeNuccio, Pierre Lamond, Thomas Cronan, Vinod Khosla, Dennis Wolf, Vivek Ragavan, Dennis Barsema, Gaurav Garg, William Kurtz, Craig Gentner, Promod Haque and Randall Kruep (collectively, the "Redback Defendants") wish to amend the briefing schedule without altering the hearing date, and plaintiffs do not object;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

1. The Redback Defendants shall have until and including September 1, 2006 to serve and file their reply in further support of their motion to dismiss the Complaint.

2. The case management conference and the hearing on defendants' motion to dismiss shall remain set for September 15, 2006 at 9:00 a.m.

Dated: August 22, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Mark T. Oakes
    Terry T. Johnson
    Steven D. Guggenheim
    Kristin A. Dillehay
    Cameron P. Hoffman
    Mark T. Oakes

Attorneys for the Redback Defendants

| | |
|---|---|
| Dated: August 22, 2006 | GRANT & EISENHOFER P.A. |
| | By: /s/ John C. Kairis |
| | Stuart M. Grant |
| | John C. Kairis |
| | Kimberly L. Wierzel |
| | Attorneys for Lead Plaintiff |

### [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing:

1. The Redback Defendants shall have until and including September 1, 2006 to serve and file their reply in further support of their motion to dismiss the Complaint.

2. The case management conference and the hearing on defendants' motion to dismiss shall remain set for September 15, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 8/31/06

THE HONORABLE JEREMY FOGEL
United States District Judge

1  I, Mark T. Oakes, am the ECF User whose identification and password are being used to
2  file this Stipulation and [Proposed] Order Regarding Briefing Schedule.  In compliance with
3  General Order 45.X.B, I hereby attest that John Kairis has concurred in this filing.

| | |
|---|---|
| Dated:   August 22, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: /s/ Mark T. Oakes<br>    Mark T. Oakes |
| | Attorneys for the Redback Defendants |