1  TERRY T. JOHNSON, State Bar No. 121569
   STEVEN D. GUGGENHEIM, State Bar No. 201386
2  KRISTIN A. DILLEHAY, State Bar No. 187257
   CAMERON P. HOFFMAN, State Bar No. 229316
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6  Email:  kdillehay@wsgr.com

7
   Attorneys for the Redback Defendants
8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13  IN RE:                                  )   CASE NO.:  C-03-5642 JF (HRL)
                                            )
14  REDBACK NETWORKS, INC. SECURITIES       )   **STIPULATION AND [PROPOSED]**
    LITIGATION.                             )   **ORDER REGARDING BRIEFING**
15                                          )   **SCHEDULE**
                                            )
16                                          )
        This Document Relates to:           )
17                                          )
            ALL ACTIONS.                    )
18                                          )
                                            )
19                                          )
                                            )
20  _____

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER RE BRIEFING            C:\NrPortbl\PALIB1\DAV\3134552_1.DOC
SCHEDULE; CASE NO. C-03-5642 JF (HRL)

**STIPULATION**

WHEREAS, on March 30, 2007, the Court entered an Order dismissing plaintiff's Fourth Amended Consolidated Complaint and granting plaintiff leave to amend as to the Redback defendants (the "Order");

WHEREAS, pursuant to the Order, plaintiff's Fifth Amended Consolidated Complaint was filed on June 1, 2007;

WHEREAS, the parties have met and conferred regarding the scheduling of the Redback defendants' response to the Fifth Amended Consolidated Complaint; and

WHEREAS, the parties have spoken to the Court's calendar clerk and specially requested that the Redback defendants' motion to dismiss be heard on a day other than a Friday to avoid conflicts with religious observances;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

1. The Redback defendants shall have until and including July 13, 2007 to serve and file any motion to dismiss plaintiff's Fifth Amended Consolidated Complaint.

2. Plaintiff shall have until and including August 22, 2007 to serve and file any opposition to defendants' motion to dismiss.

3. The Redback defendants shall have until and including September 5, 2007 to serve and file any reply in support of their motions to dismiss.

4. The Redback defendants' motion to dismiss shall be heard on Wednesday, September 19, 2007 at 9:00 a.m. or such other date and time as the Court deems appropriate.

Dated: June 13, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Kristin A. Dillehay
　　Terry T. Johnson
　　Steven D. Guggenheim
　　Kristin A. Dillehay
　　Cameron P. Hoffman

Attorneys for the Redback Defendants

| | | |
|---|---|---|
| 1 | Dated: June 13, 2007 | GRANT & EISENHOFER P.A. |

By: /s/ John C. Kairis
Stuart M. Grant (*pro hac vice*)
John C. Kairis (*pro hac vice*)
Kimberly L. Wierzel (*pro hac vice*)
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302.622.7000
Fax: 302.622.7100
*sgrant@gelaw.com*

Merrill Glen Emerick (State Bar No. 117248)
Anderlini, Finkelstein, Emerick & Smoot
400 S. El Camino Real, Suite 700
San Mateo, CA 94402

Attorneys for Lead Plaintiff
The Connecticut Retirement Plan and Trust Funds

**[~~PROPOSED~~] ORDER**

Upon stipulation of the parties, and good cause appearing:

1. The Redback defendants shall have until and including July 13, 2007 to serve and file any motion to dismiss plaintiff's Fifth Amended Consolidated Complaint.

2. Plaintiff shall have until and including August 22, 2007 to serve and file any opposition to defendants' motion to dismiss.

3. The Redback defendants shall have until and including September 5, 2007 to serve and file any reply in support of their motion to dismiss.

4. The Redback defendants' motion to dismiss shall be heard on Wednesday, September 19, 2007 at 9:00 a.m.

IT IS SO ORDERED.

Dated: ___ 6/25/07 _____

_____
THE HONORABLE JEREMY FOGEL
United States District Judge

1    I, Kristin A. Dillehay, am the ECF User whose identification and password are being
2 used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule.  In compliance
3 with General Order 45.X.B, I hereby attest that John C. Kairis has concurred in this filing.

Dated:   June 13, 2007                              WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation


                                                    By: /s/ Kristin A. Dillehay
                                                         Kristin A. Dillehay

                                                    Attorneys for the Redback Defendants