1  TERRY T. JOHNSON, State Bar No. 121569
   STEVEN D. GUGGENHEIM, State Bar No. 201386
2  KRISTIN A. DILLEHAY, State Bar No. 187257
   CAMERON P. HOFFMAN, State Bar No. 229316
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: kdillehay@wsgr.com

7  Attorneys for the Redback Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: | ) | CASE NO.: C-03-5642 JF (HRL) |
|---|---|---|
| REDBACK NETWORKS, INC. SECURITIES LITIGATION. | ) ) ) ) | **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS** |
| This Document Relates to:    ALL ACTIONS. | ) ) ) ) ) ) ) | |

STIP. & [PROPOSED] ORDER RE PAGE
LIMITS; CASE NO. C-03-5642 JF (HRL)

C:\NrPortbl\PALIB1\MSTI\3150512_1.DOC

## STIPULATION

WHEREAS, on March 30, 2007, the Court entered an Order dismissing plaintiffs' Fourth Amended Consolidated Complaint and granting plaintiffs leave to amend as to the Redback Defendants (the "Order");

WHEREAS, pursuant to the Order, plaintiffs' Fifth Amended Consolidated Complaint for Violation of the Federal Securities Laws (the "Complaint") was filed on June 1, 2007;

WHEREAS, on June 25, 2007 the Court entered an Order pursuant to which the Redback Defendants' motion to dismiss the Complaint is due to be filed on July 13, 2007, plaintiffs' opposition to any motion to dismiss the Complaint is due to be filed on August 22, 2007, and the Redback Defendants' reply in further support of their motion to dismiss the Complaint is due to be filed on September 5, 2007;

WHEREAS, Civil Local Rule 7-2(b) provides for a twenty-five (25) page limit on any motion and supporting memorandum of points and authorities filed in this action;

WHEREAS, Civil Local Rule 7-3(a) provides for a twenty-five (25) page limit on any opposition to any motion filed in this action;

WHEREAS, Civil Local Rule 7-3(c) provides for a fifteen (15) page limit on any reply memorandum of points and authorities in further support of any motion filed in this action;

WHEREAS, in order to promote the interests of judicial efficiency, defendants Kevin DeNuccio, Pierre Lamond, Thomas Cronan, Vinod Khosla, Dennis Wolf, Vivek Ragavan, Dennis Barsema, Gaurav Garg, William Kurtz, Craig Gentner, Promod Haque and Randall Kruep (collectively, the "Redback Defendants") intend to file a joint motion to dismiss the Complaint;

WHEREAS, given the complexity of the Complaint, as well as the complexity of the law governing the allegations in the Complaint, and given that each of the Redback Defendants would be entitled to file a separate, twenty-five (25) page motion to dismiss and supporting memorandum of points and authorities, and a separate fifteen (15) page reply memorandum of points and authorities pursuant to the Local Rules, the Redback Defendants believe it is appropriate to permit them to file a joint motion and supporting memoranda of points and

1  authorities in excess of the twenty-five (25) and fifteen (15) page limits provided by the Local

2  Rules;

3       WHEREAS, the Redback Defendants believe that they will need no more than thirty (30)

4  pages for their memorandum of points and authorities in support of their joint motion to dismiss,

5  and no more than twenty (20) pages for their reply memorandum of points and authorities in

6  further support of their motion to dismiss; and

7       WHEREAS, plaintiffs are not opposed to the page limits proposed by the Redback

8  Defendants.

9       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

10  subject to approval of the Court, that:

11       1.    The Redback Defendants' memorandum of points and authorities in support of

12  their joint motion to dismiss the Complaint may exceed the twenty-five (25) page limit imposed

13  by Civil Local Rule 7-2(b), but may not exceed a total of thirty (30) pages, exclusive of the

14  caption page, table of contents, table of authorities, declarations and exhibits.

15       2.    Plaintiffs' opposition to the Redback Defendants' joint motion to dismiss the

16  Complaint may exceed the twenty-five page limit imposed by Civil Local Rule 7-3(a), but may

17  not exceed a total of thirty (30) pages, exclusive of caption page, table of contents, table of

18  authorities, declarations and exhibits.

19       3.    The Redback Defendants' reply memorandum of points and authorities in further

20  support of their joint motion to dismiss the operative complaint may exceed the fifteen (15) page

21  limit imposed by Civil Local Rule 7-3(c), but may not exceed a total of twenty (20) pages,

22  exclusive of the caption page, table of contents, table of authorities, declarations and exhibits.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIP. & [PROPOSED] ORDER RE PAGE LIMITS; CASE NO. C-03-5642 JF (HRL)    -2-    C:\NrPortbl\PALIB1\MSTI\3150512_1.DOC

| | | |
|---|---|---|
| 1 | Dated: July 11, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ Kristin A. Dillehay |
| 4 | | Terry T. Johnson<br>Steven D. Guggenheim<br>Kristin A. Dillehay |
| 5 | | Cameron P. Hoffman |
| 6 | | Attorneys for the Redback Defendants |
| 7 | | |
| 8 | Dated: July 11, 2007 | GRANT & EISENHOFER P.A. |
| 9 | | |
| 10 | | By: /s/ John C. Kairis |
| | | Stuart M. Grant (*pro hac vice*) |
| 11 | | John C. Kairis (*pro hac vice*)<br>Kimberly L. Wierzel (*pro hac vice*) |
| 12 | | Chase Manhattan Centre<br>1201 North Market Street |
| 13 | | Wilmington, DE 19801<br>Tel: 302.622.7000 |
| 14 | | Fax: 302.622.7100<br>*sgrant@gelaw.com* |
| 15 | | Merrill Glen Emerick (State Bar No. 117248) |
| 16 | | Anderlini, Finkelstein, Emerick & Smoot<br>400 S. El Camino Real, Suite 700 |
| 17 | | San Mateo, CA 94402 |
| 18 | | Attorneys for Lead Plaintiff<br>The Connecticut Retirement Plan and Trust<br>Funds |

[~~PROPOSED~~] **ORDER**

Upon stipulation of the parties, and good cause appearing:

1. The Redback Defendants' memorandum of points and authorities in support of their joint motion to dismiss the Complaint may exceed the twenty-five (25) page limit imposed by Civil Local Rule 7-2(b), but may not exceed a total of thirty (30) pages, exclusive of the caption page, table of contents, table of authorities, declarations and exhibits.

2. Plaintiffs' opposition to the Redback Defendants' joint motion to dismiss the Complaint may exceed the twenty-five (25) page limit imposed by Civil Local Rule 7-3(a), but may not exceed a total of thirty (30) pages, exclusive of caption page, table of contents, table of authorities, declarations and exhibits.

3. The Redback Defendants' reply memorandum of points and authorities in further support of their joint motion to dismiss the operative complaint may exceed the fifteen (15) page limit imposed by Civil Local Rule 7-3(c), but may not exceed a total of twenty (20) pages, exclusive of the caption page, table of contents, table of authorities, declarations and exhibits.

IT IS SO ORDERED.

Dated: __7/12/07_____        _____
                                  THE HONORABLE JEREMY FOGEL
                                  United States District Judge

1     I, Kristin A. Dillehay, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Page Limits.  In compliance with General Order 45.X.B, I hereby attest that John Kairis has concurred in this filing.

Dated:  July 11, 2007      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Kristin A. Dillehay
    Kristin A. Dillehay

Attorneys for the Redback Defendants