\*\*E-filed 9/6/07\*\*

TERRY T. JOHNSON, State Bar No. 121569
STEVEN D. GUGGENHEIM, State Bar No. 201386
KRISTIN A. DILLEHAY, State Bar No. 187257
CAMERON P. HOFFMAN, State Bar No. 229316
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: choffman@wsgr.com

Attorneys for the Redback Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: C-03-5642 JF (HRL) |
| REDBACK NETWORKS, INC. SECURITIES LITIGATION. | **STIPULATION AND [PROPOSED] ORDER REGARDING REPLY AND HEARING DATE** |
| This Document Relates to: | |
| ALL ACTIONS. | |

## STIPULATION

WHEREAS, on March 30, 2007, the Court entered an Order dismissing plaintiffs' Fourth Amended Consolidated Complaint and granting plaintiffs leave to amend as to the Redback defendants (the "Order");

WHEREAS, pursuant to the Order, plaintiffs' Fifth Amended Consolidated Complaint was filed on June 1, 2007;

WHEREAS, by stipulation and Order dated June 25, 2007, a briefing schedule was set for the Redback defendants' response to the Fifth Amended Consolidated Complaint; and

WHEREAS, pursuant to the scheduling Order, the Redback defendants filed their motion to dismiss on July 13, 2007 and plaintiffs filed their opposition thereto on August 22, 2007;

WHEREAS, the Redback defendants have requested to amend the briefing schedule and plaintiffs do not object;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

1. The Redback Defendants shall have until and including September 19, 2007 to serve and file their reply in further support of their motion to dismiss the Complaint.

2. The hearing on defendants' motion to dismiss shall be moved to October 12, 2007 at 9:00 a.m.

Dated: September 4, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Cameron P. Hoffman
    Terry T. Johnson
    Steven D. Guggenheim
    Kristin A. Dillehay
    Cameron P. Hoffman

Attorneys for the Redback Defendants

| | | |
|---|---|---|
| 1 | Dated: September 4, 2007 | GRANT & EISENHOFER P.A. |
| 2 | | |
| 3 | | By: /s/ John C. Kairis<br>Stuart M. Grant (*pro hac vice*)<br>John C. Kairis (*pro hac vice*) |
| 4 | | Kimberly L. Wierzel (*pro hac vice*)<br>Chase Manhattan Centre |
| 5 | | 1201 North Market Street<br>Wilmington, DE 19801 |
| 6 | | Tel: 302.622.7000<br>Fax: 302.622.7100 |
| 7 | | sgrant@gelaw.com |
| 8 | | Merrill Glen Emerick (State Bar No. 117248)<br>Anderlini, Finkelstein, Emerick & Smoot |
| 9 | | 400 S. El Camino Real, Suite 700<br>San Mateo, CA 94402 |
| 10 | | |
| 11 | | Attorneys for Lead Plaintiff<br>The Connecticut Retirement Plan and Trust Funds |

# [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing:

1. The Redback Defendants shall have until and including September 19, 2007 to serve and file their reply in further support of their motion to dismiss the Complaint.

2. The hearing on defendants' motion to dismiss shall be moved to October 12, 2007 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __9/6/07__

THE HONORABLE JEREMY FOGEL
United States District Judge

1     I, Cameron Hoffman, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Reply and Hearing Date. In compliance with General Order 45.X.B, I hereby attest that John C. Kairis has concurred in this filing.

Dated: September 4, 2007      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Cameron P. Hoffman
    Cameron P. Hoffman

Attorneys for the Redback Defendants