**E-Filed 12/04/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE REDBACK NETWORKS, INC. SECURITIES LITIGATION.<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS. | Case Number C 03-5642 JF (HRL)<br><br>JUDGMENT |

Defendants' motion to dismiss the operative fifth amended consolidated complaint was heard on November 16, 2007. The evidence and arguments having been considered and a decision having been rendered, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all Defendants. The Clerk shall close the file.

DATED: December 4, 2007

_____
JEREMY FOGEL
United States District

Case No. C 03-5642 JF (HRL)
JUDGMENT
(JFLC3)

This Order has been served upon the following persons:

Eric J. Belfi     ebelfi@murrayfrank.com

Luke O Brooks     lukeb@mwbhl.com, e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

Merrill G. Emerick     memerick@afelaw.com,

Frederick Sexton Fields     ffields@cpdb.com, ral@cpdb.com

Marc L. Godino     service@braunlawgroup.com

Michael M. Goldberg     info@glancylaw.com

Stuart M. Grant     sgrant@gelaw.com, cmarks@gelaw.com

Robert S. Green     CAND.USCOURTS@CLASSCOUNSEL.COM

Cameron Powers Hoffman     choffman@wsgr.com,

Robert A. Jigarjian     CAND.USCOURTS@CLASSCOUNSEL.COM

Betsy C. Manifold     manifold@whafh.com

Marlon Quintanilla Paz     pazm@sec.gov, marlonpaz@vzavenue.net

Rachele R. Rickert     rickert@whafh.com

Darren J. Robbins     e_file_sd@lerachlaw.com, e_file_sf@lerachlaw.com

John P. Stigi , III     jstigi@wsgr.com, mmsmith@wsgr.com

Lauren E. Wagner     lwagner@gelaw.com, sgrant@gelaw.com;jkairis@gelaw.com;cmarks@gelaw.com;kwierzel@gelaw.com;mswift@gelaw.com

Case No. C 03-5642 JF (HRL)
JUDGMENT
(JFLC3)