UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 02 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

---

In re: REDBACK NETWORKS, INC.
SECURITIES LITIGATION,


        In Re,


------------------------------


CONNECTICUT RETIREMENT PLANS
AND TRUST FUNDS,


        Plaintiff - Appellant,


 and


ROBERT W. BAKER, Jr., individually
and on behalf of all others similarly
situated; RICHARD WIMBLE; PRENA
SMAJLAJ BARTNIK GROUP;
CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND,


        Plaintiffs,


 V.


PRICEWATERHOUSECOOPERS LLP;
THOMAS L. CRONAN, III; KEVIN A.
DENUCCIO; PIERRE R. LAMOND;
VINOD KHOSLA; VIVEK RAGAVAN
DENNIS P. WOLF; DENNIS BARSEMA;
GUARAV GARG; CRAIG M.
GENTNER; PROMOD HAQUE;
WILLIAM KURTZ; RANDALL KRUEP,


        Defendants - Appellees.

No.   08-15057
D.C. No.  CV-03-05642-JF
Northern District of California,
San Jose


**MANDATE**

The judgment of this Court, entered 5/11/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Gabriela Van Allen
Deputy Clerk